JAMES TOOMAN, Respondent, v. GEORGE V. O'NEILL and Others, Defendants. SOLOMON S. SINGER, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

HARRY M. WEINBERG, Appellant. v. IRWINESSIE HOLDING CORPORATION and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted, and the following question certified: " Does the complaint state a cause of action as against the defendants as to whom it was dismissed?" Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

HARRY G. WOODWORTH and Others, Copartners Doing Business under the Firm Name and Style of WOODWORTH, LOUNSBERY & Co., Appellants, v. ROBERT A. SASSEEN, Respondent.— Motion for stay of examination before trial pending appeal granted. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

MICHELE BARBARO, Respondent, v. SAMUEL MAZZUCA, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

BETTINELLI TILE WORKS, INC., Appellant, v. CAPITAL CITY SURETY COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

BROADSUM REALTY COMPANY, INC., Respondent, v. LASALLE FIRE INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

BROWNSVILLE SOUTH REALTY COMPANY, Plaintiff, v. BAYWAY BUILDING CORPORATION and Others, Defendants. BROWNSVILLE LUMBER Co., INC., Appellant; LORRAINE WOODWORKING Co., INC., Respondent.— Order, in so far as it denies the motion of the Brownsville Lumber Co., Inc., to direct the referee to pay out of the funds in his hands the sum of $7,356.40, reversed upon the law, without costs, and motion granted, without costs; that portion thereof which directs the Brownsville Lumber Co., Inc., to pay the sum of $600.45 interest to the referee affirmed; and that portion thereof which directs the referee to deposit all sums received by him in this action with the chamberlain of the city of New York to the credit of the action, etc., modified by adding thereto the words " except as hereinbefore provided," with reference to the payment to be made to the Brownsville Lumber Co., Inc., and as so modified affirmed. Brownsville Lumber Co., Inc., the purchaser at the foreclosure sale herein, stands in the place of the plaintiff herein; and to the extent that plaintiff was paid out of the proceeds of sale on foreclosure of first mortgage, Brownsville Lumber Co., Inc., is entitled to be paid out of funds in the hands of the referee in this action. Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ., concur.

GUISEPPINA BUGLIONE, Appellant, v. FRANK CARILLO and ROSA CARILLO, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.